

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KENNETH D. MCKEOUGH, | § | No. 08-21-00026-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION, INC., | § | of El Paso County, Texas |
| | § | (TC# 2019DCV3303) |
| Appellee. | § | |

## **O R D E R**

This Court has received and filed the Appellee's suggestion of bankruptcy stating that Appellant, Kenneth D. McKeough, has filed for bankruptcy under Chapter 13 of the Bankruptcy Code. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the Court's docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 7th day of April, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.